IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01596-MSK-PAC

BREAKTHROUGH MANAGEMENT GROUP, INC.,
   a Colorado corporation,

       Plaintiff,

v.

CHUKCHANSI GOLD CASINO AND RESORT, an entity organized under the laws of
   The Picayune Rancheria of the Chukchansi Indians,
JEFF LIVINGSTON, an adult individual,
PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,
   a federally-recognized Indian tribe,
THE CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, an entity organized
   under the laws of The Picayune Rancheria of the Chukchansi Indians,
RYAN STANLEY, an adult individual,
VERNON D'MELLO, an adult individual,

       Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 18th day of August, 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge