UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-CV-01596 (MSK-PAC)

BREAKTHROUGH MANAGEMENT
Group, Inc., a Colorado corporation.

                Plaintiff,

vs.

CHUKCHANSI GOLD CASINO &
RESORT, an entity organized under the
laws of The Picayune Rancheria of the
Chukchansi Indians;
JEFF LIVINGSTON, an adult individual;
PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS; a federally-
recognized Indian tribe;
THE CHUKCHANSI ECONOMIC
DEVELOPMENT AUTHORITY, an entity
organized under the laws of The Picayune
Rancheria of the Chukchansi Indians;
RYAN STANLEY, an adult individual;
VERNON D'MELLO, an adult individual;

                Defendants.

**DECLARATION OF SELENA MICHALOWICZ
IN SUPPORT OF MOTION TO DISMISS**



Exhibits A-C

I, Selena M. Michalowicz, declare and state as follows:

1. I am a law clerk at the firm of FITCH, EVEN, TABIN & FLANNERY, 120 South LaSalle Street, Suite 1600, Chicago, Illinois 60603, in the above-captioned lawsuit.

2. I searched for copyright registrations for "eChampion" and "eBlack Belt," as well any copyright registrations owned by Breakthrough Management Group, Inc. by using the United States Copyright Office's on-line public database of registrations and documents.

3. I searched for "Breakthrough Management Group, Inc.," and found no copyright registrations owned by Breakthrough Management Group, Inc. Copies of my search results are attached as Exhibit A.

4. I searched for "eChampion," and the variations, "e Champion," and "e-Champion," however I found no copyright registration for eChampion. Copies of my search results are attached as Exhibit B.

5. I searched for "eBlack Belt" and the variations "e Black Belt," "e-Black Belt," "eBlackBelt," "e BlackBelt," and "e-BlackBelt," however I found no registration for eBlack Belt. Copies of my search results are attached as Exhibit C.

I declare that the foregoing is true and correct under the penalty of perjury.

_October 26, 2006_
Date

_S. Michalowicz_
Selena M. Michalowicz

# EXHIBIT A

**Copyright** | **Search Records Results**

Registered Works Database (Claimant Search)
**Search For: BREAKTHROUGH MANAGEMENT GROUP, INC.**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] BREAKTHROUGH FOUNDATION (32 items)
- [ ] BREAKTHROUGH LEARNING SYSTEMS, INC (5 items)
- [ ] BREAKTHROUGH PERFORMANCE INNOVATIONS, INC (1 item)
- [ ] BREAKTHROUGH PICTURES (1 item)
- [ ] BREAKTHROUGH PRODUCTIONS (1 item)
- [ ] BREAKTHROUGH PUBLICATIONS, INC (4 items)
- [ ] BREAKTHROUGH PUBLISHING INTERNATIONAL (1 item)
- [ ] BREAKTHROUGH RACING (1 item)
- [ ] BREAKTHROUGH RECORDS (1 item)
- [ ] BREAKTHROUGH SOFTWARE CORPORATION (4 items)
- [ ] BREAKTHROUGH TECHNOLOGIES (2 items)
- [ ] BREAKTHROUGH TECHNOLOGIES, LLC (1 item)

**Select type of output display:**
- (●) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# EXHIBIT B

**Copyright | Search Records Results**

(Combined Search)
**Search For: ECHAMPION**

Check one or more terms, select the type of output display, and then click Submit:

- [ ] ECHAME MAS FUEGO (2 items)
- [ ] ECHAME UNA MANO SENOR (1 item)
- [ ] ECHANDA PALANTE (1 item)
- [ ] ECHANDIA : THE UNIQUE STORY OF A BASQUE IMM (1 item)
- [ ] ECHANDIA-COLON, LUIS IVAN (2 items)
- [ ] ECHANDIA-COLON, SERVANDO (2 items)
- [ ] ECHANDO CANDELA (1 item)
- [ ] ECHANDO CHISPAS (1 item)
- [ ] ECHANDO DESMADRE (1 item)
- [ ] ECHANDO HUMO (1 item)
- [ ] ECHANDO PA'LANTE (1 item)
- [ ] ECHANDO RAICES (1 item)

**Select type of output display:**
- (●) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



U.S. Copyright Office – Search Records Results                                Page 1 of 1

**Copyright | Search Records Results**

(Combined Search)
**Search For: E CHAMPION**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] E CCUMMARELLE (1 item)
- [ ] E CHALE GANAS (1 item)
- [ ] E CHANELA (1 item)
- [ ] E CHE KAR (1 item)
- [ ] E CHE MAI SANA (1 item)
- [ ] E CHIOVE (1 item)
- [ ] E CHORD (1 item)
- [ ] E CHU CHU CHA CHA CHA (1 item)
- [ ] E CI SEI TU (1 item)
- [ ] E CIASCUNO SALUTO NELL'ALTRO LA VITA (1 item)
- [ ] E CIO LI TISTIMONI (1 item)
- [ ] E CLAIMS PROGRAM CODE (1 item)

**Select type of output display:**
- ○ Brief (Summary) Display
- ○ Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

### Copyright | Search Records Results

(Combined Search)
**Search For: E-CHAMPION**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] E-CERT (1 item)
- [ ] E-CHAIN E-BUSINESS SOFTWARE SUITE (1 item)
- [ ] E-CHART (2 items)
- [ ] E-CHART : ELECTRONIC PATIENT CHARTING SYSTE (1 item)
- [ ] E-CHART MEDICAL OFFICE (1 item)
- [ ] E-CHART, ELECTRONIC MEDICAL PATIENT CHARTIN (1 item)
- [ ] E-CHART, ELECTRONIC PATIENT CHARTING SYSTEM (1 item)
- [ ] E-CHEMPAX (1 item)
- [ ] E-CHESS (1 item)
- [ ] E-CHICK (1 item)
- [ ] E-CHILL : VOL. 1 (1 item)
- [ ] E-CHILL : VOL. 2 (1 item)

**Select type of output display:**
- (●) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# EXHIBIT C



**Copyright | Search Records Results**

(Combined Search)
**Search For: EBLACK BELT**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] EBLA: NUOVI ORIZZONTI DELLA STORIA (1 item)
- [ ] EBLA: UN IMPERO INCISO NELL'ARGILLA (1 item)
- [ ] EBLACK DIRECTORY (1 item)
- [ ] EBLADE ELECTRONIC GRIP FRAME (1 item)
- [ ] EBLASTER (1 item)
- [ ] EBLB (1 item)
- [ ] EBLE, ALBERT (2 items)
- [ ] EBLE, BERNARD EUGENE, 3D, 1952- (2 items)
- [ ] EBLE, CHARLES (1 item)
- [ ] EBLE, CONNIE (1 item)
- [ ] EBLE, CONNIE, 1942- (3 items)
- [ ] EBLE, DALE (1 item)

**Select type of output display:**
- (●) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

U.S. Copyright Office - Search Records Results                                                                    Page 1 of 1

## Copyright | Search Records Results

(Combined Search)
**Search For: E BLACK BELT**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] E BIOGRAPHY (1 item)
- [ ] E BIOGRAPHY FOR KIDS (1 item)
- [ ] E BLURB (1 item)
- [ ] E BONITE (1 item)
- [ ] E BOOGIE, PSEUD (2 items)
- [ ] E BOOK SUMMER 2000, J. BROWN & BOGO (1 item)
- [ ] E BOOK SUMMER 2000, J. BROWN & HFUSA (1 item)
- [ ] E BOOK SUMMER 2000, J. BROWN & LTS (1 item)
- [ ] E BOOK SUMMER 2000, J. BROWN, HFUSA, ELLEN (1 item)
- [ ] E BOOK SUMMER 2000, MARC LEREST (1 item)
- [ ] E BOOK-SUMMER 2000 R. HARING & COLWILL-WAUD (1 item)
- [ ] E BRASIL (1 item)

**Select type of output display:**
- (•) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright | Search Records Results**

(Combined Search)
**Search For: E-BLACK BELT**

Check one or more terms, select the type of output display, and then click Submit:

- [ ] E-BIZ+ (2 items)
- [ ] E-BIZ+ CERTIFICATION EXAM : VERSIONS 1-2 (1 item)
- [ ] E-BLASTIN MUSIC (1 item)
- [ ] E-BLUE (1 item)
- [ ] E-BLUE : VOL. 1 (1 item)
- [ ] E-BLUE EYES (1 item)
- [ ] E-BO FUNK MUSIC (1 item)
- [ ] E-BO-BO (1 item)
- [ ] E-BO-BO BY WALLECE MELBOURNE (1 item)
- [ ] E-BO-BO, INC (1 item)
- [ ] E-BO'S (1 item)
- [ ] E-BOARD FIRMWARE VER 2.1A (1 item)

**Select type of output display:**
- (●) Brief (Summary) Display
- ( ) Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright | Search Records Results**

(Combined Search)
**Search For: EBLACKBELT**

**Check one or more terms, select the type of output display, and then click Submit:**

- [ ] EBLA: UN IMPERO INCISO NELL'ARGILLA (1 item)
- [ ] EBLACK DIRECTORY (1 item)
- [ ] EBLADE ELECTRONIC GRIP FRAME (1 item)
- [ ] EBLASTER (1 item)
- [ ] EBLB (1 item)
- [ ] EBLE, ALBERT (2 items)
- [ ] EBLE, BERNARD EUGENE, 3D, 1952- (2 items)
- [ ] EBLE, CHARLES (1 item)
- [ ] EBLE, CONNIE (1 item)
- [ ] EBLE, CONNIE, 1942- (3 items)
- [ ] EBLE, DALE (1 item)
- [ ] EBLE, DEBORAH PRAVER, 1964- (2 items)

**Select type of output display:**
- ◉ Brief (Summary) Display
- ○ Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

U.S. Copyright Office - Search Records Results                              Page 1 of 1

**Copyright | Search Records Results**

(Combined Search)
**Search For: E BLACKBELT**

**Check one or more terms, select the type of output display, and then click Submit:**

☐ E BIOGRAPHY (1 item)
☐ E BIOGRAPHY FOR KIDS (1 item)
☐ E BLURB (1 item)
☐ E BONITE (1 item)
☐ E BOOGIE, PSEUD (2 items)
☐ E BOOK SUMMER 2000, J. BROWN & BOGO (1 item)
☐ E BOOK SUMMER 2000, J. BROWN & HFUSA (1 item)
☐ E BOOK SUMMER 2000, J. BROWN & LTS (1 item)
☐ E BOOK SUMMER 2000, J. BROWN, HFUSA, ELLEN (1 item)
☐ E BOOK SUMMER 2000, MARC LEREST (1 item)
☐ E BOOK-SUMMER 2000 R. HARING & COLWILL-WAUD (1 item)
☐ E BRASIL (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
◯ Full-Record Display
[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U S Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

U.S. Copyright Office - Search Records Results                                    Page 1 of 1



(Combined Search)
**Search For: E-BLACKBELT**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ E-BIZ+ (2 items)
☐ E-BIZ+ CERTIFICATION EXAM : VERSIONS 1-2 (1 item)
☐ E-BLASTIN MUSIC (1 item)
☐ E-BLUE (1 item)
☐ E-BLUE : VOL. 1 (1 item)
☐ E-BLUE EYES (1 item)
☐ E-BO FUNK MUSIC (1 item)
☐ E-BO-BO (1 item)
☐ E-BO-BO BY WALLECE MELBOURNE (1 item)
☐ E-BO-BO, INC (1 item)
☐ E-BO'S (1 item)
☐ E-BOARD FIRMWARE VER 2.1A (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000