IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01596-MSK-KLM

BREAKTHROUGH MANAGEMENT GROUP, INC.,

      Plaintiff,

v.

CHUKCHANSI GOLD CASINO AND RESORT,
THE CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, and
RYAN STANLEY,

      Defendants.

_____

**ORDER REGARDING COMPLIANCE WITH RULES**
_____

THIS MATTER comes before the Court on the Letter Brief **(#85 )** filed by the parties to this matter on October 10, 2007. A review of the Letter Brief indicates that the parties have not complied with applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, specifically:

    a. D.C.COLO.L.CivR.

        a)_____5.1(F) no certificate of service
        b)_____6.1(C) motion for extension of time should state date certain, etc.
        c)_____6.1(D) proof of service to client
        c)_____7.1(A) duty to confer or make good faith effort to confer
        d)__**X**__7.1(B) unopposed motion not titled as such
        f)_____7.1(C) sets deadlines for motions and excludes new motion in response**
        *A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.*
        g)_____7.1(F) no proposed order
        h)__**X**__10.1(J) caption
        h)_____56.1(A) MSJ not accompanied by brief
        i) _____56.1(B) cross motion not to be included in response brief
        j) _____83.3(D) motion to withdraw as counsel w/o notice

**IT IS THEREFORE ORDERED** that the Letter Brief **(#85)** is **STRICKEN.**

DATED this 11th day of October, 2007.

BY THE COURT:

Marcia S. Kreiger
United States District Court