IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01596-MSK-KLM

BREAKTHROUGH MANAGEMENT GROUP, INC.,

    Plaintiff,

v.

CHUKCHANSI GOLD CASINO AND RESORT,
THE CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, and
RYAN STANLEY,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Notice to Remove Attorney From Action (Notice) **(#89)** filed October 11, 2007. A review of the Motion indicates that Movant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, specifically:

    a. D.C.COLO.L.CivR.

        a)_____5.1(F) no certificate of service
        b)_____6.1(C) motion for extension of time should state date certain, etc.
        c)_____6.1(D) proof of service to client
        c)_____7.1(A) duty to confer or make good faith effort to confer
        d)_____7.1(B) unopposed motion not titled as such
        f)_____7.1(C) sets deadlines for motions and excludes new motion in response**
        *A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.*
        g)_____7.1(F) no proposed order
        h)___**X**___10.1(J) caption
        i) _____56.1(B) cross motion not to be included in response brief
        j) ___**X**___83.3(D) motion to withdraw as counsel w/o notice

**IT IS THEREFORE ORDERED** that the Notice **(#89)** is **STRICKEN**.

DATED this 12th day of October, 2007.

                                           **BY THE COURT:**

                                           *[signature: Marcia S. Krieger]*

                                           Marcia S. Krieger
                                           United States District Judge