IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01596-MSK-KLM

BREAKTHROUGH MANAGEMENT GROUP, INC.,

    Plaintiff,

v.

CHUKCHANSI GOLD CASINO AND RESORT,
THE CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, and
RYAN STANLEY,

    Defendants.

___

**ORDER WITHDRAWING REFERENCE**
___

**THIS MATTER** comes before the Court *sua sponte*. On August 21, 2008, the Plaintiff filed motions **(# 113, 114)** seeking the entry of default[1] against the Defendants under Fed. R. Civ. P. 55(a). The Court referred **(# 115, 116)** these motions to the Magistrate Judge for consideration. That reference was improvident. Fed. R. Civ. P. 55(a) provides for the entry of

---

[1] Although the motions seek only the entry of default, they were electronically docketed by the Plaintiff as "Motion for Default Judgment." Counsel are advised to ensure that the docket text entered in the course of electronic filing accurately reflects the nature of the document being filed.

default by the Clerk of the Court. Accordingly, the reference to the Magistrate Judge is **WITHDRAWN**, and the Motions are referred to the Clerk of the Court for review pursuant to Rule 55(a).

Dated this 26th day of August, 2008

BY THE COURT:

Marcia S. Krieger
United States District Judge