**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 16, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   08-1298, 08-1305, 08-1317, Breakthrough Management Group, v. Chukchansi Gold Casino and Res, et al
Dist/Ag docket: 1:06-CV-01596-MSK-KLM

Dear Clerk:

Please be advised that the mandate for these cases has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Neil Leslie Arney
      Ian Robert Barker
      Marc Pappalardo
      John M. Peebles
      Michael A. Robinson
      Lenden Franklin Webb
      Paula Marie Yost

EAS/jm