## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 06-cv-01596-MSK-PAC

BREAKTHROUGH MANAGEMENT GROUP,
Inc., a Colorado Corporation,

        Plaintiff,

v.

CHUKCHANSI GOLD CASINO AND RESORT,
an entity organized under the laws of The Picayune
Rancheria of the Chukchansi Indians;
THE CHUKCHANSI ECONOMIC
DEVELOPMENT AUTHORITY, an entity
organized under the laws of the Picayune
Rancheria Of the Chukchansi Indians; and
RYAN STANLEY, an adult Individual;

        Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted this 11th day of August, 2011.

        s/Ian R. Barker
        Paula M. Yost
        Ian R. Barker

        Attorneys for Defendants
        The Chukchansi Gold Resort & Casino and
        The Chukchansi Economic Development Authority

        SNR Denton US LLP
        525 Market Street, 26th Floor
        San Francisco, CA 94105-2708
        Telephone: (415) 882-5000
        Facsimile: (415) 882-0300

        email: paula.yost@snrdenton.com
              ian.barker@snrdenton.com

        s/ Lenden F. Webb
        Lenden F. Webb

        Attorneys for Defendant
        Ryan Stanley

        Webb & Walton, LLP
        Lenden F. Webb
        466 W. Fallbrook Avenue, Suite 102
        Fresno, CA 93711-6267
        Telephone: (559) 431-4888
        Facsimile: (559) 821-4500

        email: LWebb@WebbWalton.com


        s/ Marc F. Pappalardo
        Marc F. Pappalardo

        Attorneys for Plaintiff
        Breakthrough Management Group, Inc.

        Pappalardo Law Group, LLC
        1919 14th Street #510
        Boulder, CO 80302
        Telephone: (303) 250-1507
        Facsimile: (775) 429-4091

        email: Marc@PappalardoLawGroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2011, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Neil L. Arney, Esq.<br>Kutak Rock LLP<br>1801 California Street, Suite 3100<br>Denver, Colorado 80202 | neil.arney@kutakrock.com |
| Marc F. Pappalardo<br>Pappalardo Law Group, LLC<br>1919 14th Street #510<br>Boulder, CO 80302 | Marc@PappalardoLawGroup.com |
| Daniel William Glasser<br>Glasser Law Group<br>4582 South Ulster Street Parkway #1650<br>Denver, Colorado 80237 | dglasser@glasserlawgroup.com |
| Lenden Franklin Webb, Esq.<br>Webb & Walton, LLP<br>466 West Fallbrook Avenue #102<br>Fresno, California 93711 | LWebb@WebbWalton.com |

              s/Ian R. Barker

27373635